| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, James M. | 2. Court or Organization<br><br>USDC, Eastern Division | 3. Date of Report<br><br>08/02/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>  magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

| 7. Chambers or Office Address<br><br>500 West Capitol<br>Suite C-446<br>Little Rock, AR 72201-3396 |
|---|

| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*<br>*checking the NONE box for each part where you have no reportable information. Insert signature on last page.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.  Trustee | Trust #1-Part VII Line 45 |
| 2.  Trustee | Trust #2-Part VII Line 67 |
| 3.  Trustee | Trust #3-Part VII Line 100,line 108 |
| 4.  Trustee | Trust #4-Part VII Line 131 |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. One Bank NA-Account | A | Interest | L | T | | | | | |
| 2. Bank Of America NA-Account | A | Interest | J | T | | | | | |
| 3. Regions Bank NA-Account | A | Interest | J | T | | | | | |
| 4. Telco Federal Credit Union-Account | A | Interest | J | T | | | | | |
| 5. Regions Bank/Morgan Keegan (IRA)-Account | B | Int./Div. | K | T | | | | | |
| 6. Vanguard Growth Index Fund (IRA) | A | Dividend | | | Sold | 09/26/11 | L | C | |
| 7. Fidelity Growth Strategies Fund N/L-FDEGX (IRA) | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 8. Activision Blizzard Inc-ATV-(IRA) | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 9. Goldman Sachs Bank-Account (IRA) | A | Interest | | | Closed | 09/22/11 | J | A | |
| 10. BH & M Oil Comm Stock | B | Dividend | J | T | | | | | |
| 11. Putnam Amer Growth & Income | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 12. Amer Funds AMCAP Fund | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 13. Janus Global Tech Fund | A | Dividend | | | Sold | 02/17/11 | J | A | |
| 14. Raymond James Bank FSB-Account | A | Int./Div. | | | Closed | 02/17/11 | J | | |
| 15. Header 1-1 | | | | | | | | | |
| 16. Ishares Inc MSCI Australia-EWA | A | Int./Div. | | | Sold | 02/17/11 | J | | |
| 17. Ishares Inc MSCI CDA Index-EWC | A | Int./Div. | | | Sold | 02/17/11 | J | | |

1. Income Gain Codes: A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000
   (See Columns B1 and D4) F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000
   (See Columns C1 and D3) N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000
3. Value Method Codes Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market
   (See Column C2) U =Book Value | V =Other | W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Ishares TR MSCI Emerg Mkt-EEM | A | Int./Div. | | | Sold | 09/22/11. | K | | |
| 19. Ishares Tr Barclays 1-3 yr-SHY | A | Int./Div. | | | Sold | 09/22/11 | J | | |
| 20. IShares TR MSCI EAFE IDX-EFA | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 21. IShares TR Russell 1000VAL-IWD | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 22. Ishares TR Rusell MCP GR-IWP | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 23. IShares TR S&P MC 400 GRW-IJK | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 24. IShares TR Russell 1000GRW-IWF | A | Int./Div. | | | Sold | 09/22/11 | J | | |
| 25. Ishares TR Rusl 2000 Value-IWN | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 26. IShares TR Russell 2000 Growth-IWO | A | Int./Div. | | | Sold | 09/22/11 | J | | |
| 27. IShares TR S&P Midcap Value-IJJ | A | Int./Div. | | | Sold | 09/22/11 | K | | |
| 28. IShares TR S&P SMLCP Grow-IJT | A | Int./Div. | | | Sold | 09/22/11 | M | | |
| 29. Ishares TR Barclays 1-3 yr-CSJ | A | Int./Div. | | | Sold | 09/22/11 | M | | |
| 30. Ishares Barclay 1-3 year-Lot 1-SHY | A | Int./Div. | | | Sold | 09/22/11 | M | | |
| 31. Goldman Sachs Bank,USA-Account(X) | A | Interest | J | T | | | | | |
| 32. Raymond James Bank, FSB-Account(X) | A | Interest | J | T | | | | | |
| 33. First Trust ETF II Consumer Discretionary (FXD) | A | Dividend | L | T | Buy | 12/13/11 | L | | |
| 34. First Trust ETF II Consumer Staples (FXG) | A | Dividend | L | T | Buy | 09/22/11 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. First Trust ETF II Utilities(FXU) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 36. First Trust Exchange Alphadex (FDT) | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 37. First Trust Exchange Alphadex Emerging(FEM) | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 38. Ishares TR Iboxx Inv CPBD (LQD) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 39. Isahres Barclys 7-10 YR (IEF) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 40. Ishares TR DJ US Real Est (IYR) | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 41. Ishares TR S&P NTL Amtfree (MUB) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 42. Ishares TR Barclys MBS BD (MBB) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 43. SPDR Gold Tr Fgold Shs (GLD) | A | Dividend | K | T | Buy | 09/22/11 | K | | |
| 44. SPDR Barclays Capital 1-3 Month Tbill (BIL) | A | Dividend | L | T | Buy | 09/22/11 | L | | |
| 45. Header 1-2 | | | | | | | | | |
| 46. Muni Cash Trust(X) | A | Interest | L | T | | | | | |
| 47. Batesville Ar School Dist 001 RFDG & Const | A | Interest | L | T | | | | | |
| 48. Greene County AR Housing | B | Interest | | | Redeemed | 09/01/11 | K | A | |
| 49. UA FAyetvl Var Fac | B | Interest | K | T | | | | | |
| 50. Sprindale Ar Sch DIst #50 | B | Interest | | | Redeemed | 08/01/11 | L | A | |
| 51. Springdale AR SD050 | C | Interest | | | Redeemed | 08/01/11 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br><br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br><br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Conway AR Pub Fac Bd Cap Improvements Rev Ref Hendrix | B | Interest | K | T | | | | | |
| 53. Paragould AR Water & Sewer Rev B/E | C | Interest | L | T | | | | | |
| 54. AR St R Fdg Water Waste Disp & Poll CB/E | B | Interest | K | T | | | | | |
| 55. AR St Univ Rev Hsg Sys FGIC B/E | C | Interest | L | T | | | | | |
| 56. NLR Hlth Fac Board Hlth Care RV Ref Baptist Hth B/E | B | Interest | K | T | | | | | |
| 57. FOrt Smith AR Water & Sewer Rev Ser C FSA B/E | B | Interest | K | T | | | | | |
| 58. AR State High Ed Ser B | B | Interest | K | T | | | | | |
| 59. Univ of Ark Univ Rev Var Fac Fytvlle Campus A B/E FGIC | B | Interest | L | T | | | | | |
| 60. Arkadeplhia AR Pub Ed Facs Rev Ouachita Baptst Univ B/E | C | Interest | L | T | | | | | |
| 61. Rogers AR Sewere Imprvt Ambac B/E | C | Interest | L | T | | | | | |
| 62. Russellevilee AR School | B | Interest | K | T | | | | | |
| 63. Bryant AR School | C | Int./Div. | L | T | | | | | |
| 64. Paris AR School | C | Interest | L | T | | | | | |
| 65. Clinton Ar School-#187329JG3 | C | Interest | L | T | Buy | 11/04/11 | L | | |
| 66. Pulaksi Tech-#745601GW8 | C | Interest | L | T | Buy | 11/09/11 | L | | |
| 67. Header 1-3 | | | | | | | | | |
| 68. First Southwest Prime Funds | A | Int./Div. | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aloca Inc. | A | Int./Div. | J | T | | | | | |
| 70. Banco Bilbaovizcaya | A | Int./Div. | J | T | | | | | |
| 71. Bank of America Corp | A | Int./Div. | J | T | | | | | |
| 72. Berkshire Hathaway, Inc. ° | A | Int./Div. | J | T | | | | | |
| 73. BP Amoco Spons ADR-BP | A | Int./Div. | K | T | | | | | |
| 74. Costco | A | Int./Div. | | | Sold | 02/08/11 | J | D | |
| 75. Contax Paratiacipacoes SA-CTXNY (X) | A | Int./Div. | J | T | | | | | |
| 76. FISERV, Inc. | A | Int./Div. | K | T | | | | | |
| 77. GlaxosmithKline | A | Int./Div. | K | T | | | | | |
| 78. Hospitality Partners Trust-HPT | B | Int./Div. | K | T | | | | | |
| 79. International Paper Co | A | Int./Div. | | | Sold | 01/24/11 | J | B | |
| 80. Lexmark Int Group | A | Int./Div. | J | T | | | | | |
| 81. MGIC INvestment Corp | A | Int./Div. | J | T | | | | | |
| 82. Markel Corp | A | Int./Div. | J | T | | | | | |
| 83. Microsoft Corp | A | Int./Div. | J | T | | | | | |
| 84. Motors Liquidation-MTLQQ (X) | A | Int./Div. | | | Redeemed | 12/31/11 | J | A | |
| 85. PNC Financial Svcs Grp | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - 2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Petroleo BRasilerio, SA | A | Int./Div. | J | T | | | | | |
| 87. Pfizer | A | Int./Div. | J | T | | | | | |
| 88. Public Service Enterprise | A | Int./Div. | K | T | | | | | |
| 89. Spectra Energy | A | Int./Div. | K | T | | | | | |
| 90. Tawain Semiconductor Mfg | A | Int./Div. | | | Sold | 02/22/11 | J | B | |
| 91. Banco Santander SA-STD | A | Int./Div. | J | T | | | | | |
| 92. Telefonica de espana SA | B | Int./Div. | K | T | | | | | |
| 93. Telefonos de Mexico | A | Int./Div. | J | T | | | | | |
| 94. Tim Particiacoes | A | Int./Div. | J | T | | | | | |
| 95. Thornburg Income Builder CL C-TIBCX | A | Int./Div. | M | T | | | | | |
| 96. IShares MSCI Japan Index Fund -EWJ | A | Int./Div. | | | Sold | 03/14/11 | J | A | |
| 97. Oppenheimer GLobal CL C | A | Int./Div. | M | T | | | | | |
| 98. Plains Capital Bank-cash (X) | A | Int./Div. | J | T | | | | | |
| 99. Vector Group (VGR) | A | Dividend | K | T | Buy | 03/17/11 | K | | |
| 100. Header 1-4 | | | | | | | | | |
| 101. Raymond James Bank,FSB-Account(X) | A | Interest | J | T | | | | | |
| 102. Morgan Stanley Com Stock | A | Dividend | J | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Wal-Mart Stores Com Stock | B | Dividend | K | T | | | | | |
| 104. Discover Fiancial Svc | A | Dividend | J | T | | | | | |
| 105. APPLE INCORPORATED (AAPL) | A | Dividend | K | T | Buy | 04/21/11 | K | | |
| 106. TOYOTA MOTOR CORP ™ | A | Dividend | K | T | Buy | 04/21/11 | K | | |
| 107. VERIZON COMMUNICATIONS INCORPORATED (VZ) | A | Dividend | J | T | Buy | 04/21/11 | J | | |
| 108. Header 1-5 | | | | | | | | | |
| 109. Russellville AR School Dist Constr CFG | B | Interest | K | T | | | | | |
| 110. LR AR School District Ser B | C | Interest | L | T | | | | | |
| 111. Fort Smith AR Water & Sewer Rev Ser C | A | Interest | K | T | | | | | |
| 112. General MOtors Corp NOte | A | Interest | K | T | | | | | |
| 113. Muni Cash Trust Funds | A | Interest | K | T | | | | | |
| 114. Roger AR School | C | Interest | L | T | | | | | |
| 115. General Motors Co (GM) | A | Dividend | J | T | Buy | 04/21/11 | J | | |
| 116. Conway Ar School Dist 5.04% #212597XP8 | B | Interest | K | T | Buy | 01/04/11 | K | | |
| 117. Header 2-1 | | | | | | | | | |
| 118. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 119. First Horizon National COrp | A | Dividend | J | T | | | | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   (See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes:  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   (See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   (See Column C2)  U =Book Value  V =Other  W =Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SunTrust Banks | A | Dividend | J | T | | | | | |
| 121. Header 2-2 | | | | | | | | | |
| 122. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 123. Fed Ex COrp | A | Dividend | L | T | | | | | |
| 124. Intel | B | Dividend | L | T | | | | | |
| 125. Qualcomm, Inc | A | Dividend | J | T | | | | | |
| 126. Activision Blizzard, Inc. | A | Dividend | J | T | | | | | |
| 127. Morgan Stanley | A | Dividend | J | T | | | | | |
| 128. Apple Inc.-AAPL | A | Dividend | K | T | | | | | |
| 129. Merck | A | Dividend | J | T | | | | | |
| 130. Blackstone Group LP Comm Unit Ltd-BX | A | Distribution | J | T | | | | | |
| 131. Header 2-3 | | | | | | | | | |
| 132. Raymond James Bank, FSB | A | Interest | J | T | | | | | |
| 133. Cisco | A | Dividend | J | T | | | | | |
| 134. Dell Computer | A | Dividend | J | T | | | | | |
| 135. General Electric | A | Dividend | K | T | | | | | |
| 136. Microsoft | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Discover FIncl Svcs | A | Dividend | J | T | | | | | |
| 138. Chesapeake Energy Corp | A | Dividend | J | T | | | | | |
| 139. Celegene Corp | A | Dividend | J | T | | | | | |
| 140. Header 2-4 | | | | | | | | | |
| 141. Raymond James Bank, FSB | A | Int./Div. | J | T | | | | | |
| 142. Goldman Sachs Bank, USA-Account(X) | C | Interest | M | T | | | | | |
| 143. Evergreen Solar, Inc. | A | Dividend | J | T | | | | | |
| 144. IDeal Holding Ltd | C | Dividend | K | T | | | | | |
| 145. Mineral interestl)-Lafayette County Arkansas (X) | C | Royalty | J | W | | | | | |
| 146. Rental #1-Nashville TN | C | Rent | K | W | | | | | |
| 147. ISHARES INC MSCI AUSTRALIA | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 148. ISHARES INC MSCI AUSTRALIA | | None | | | Buy | 02/17/11 | J | | |
| 149. ISHARES INC MSCI CDA INDEX | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 150. ISHARES INC MSCI CDA INDEX | | None | | | Buy | 02/17/11 | J | | |
| 151. ISHARES TR MSCI EMERG MKT | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 152. ISHARES TR MSCI EMERG MKT | | None | | | Buy | 02/17/11 | J | | |
| 153. ISHARES TR MSCI EAFE INDEX | A | Dividend | | | Sold | 09/22/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. ISHARES TR MSCI EAFE INDEX | | None | | | Buy | 02/17/11 | J | | |
| 155. ISHARES TR RUSSELL MCP GR | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 156. ISHARES TR RUSSELL MCP GR | | None | | | Buy | 02/17/11 | J | | |
| 157. ISHARES TR RUSSELL 1000VAL | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 158. ISHARES TR RUSSELL 1000VAL | | None | | | Buy | 02/17/11 | J | | |
| 159. ISHARES TR S&P MC 400 GRW | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 160. ISHARES TR S&P MC 400 GRW | | None | | | Buy | 02/17/11 | J | | |
| 161. ISHARES TR RUSSELL 1000GRW | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 162. ISHARES TR RUSSELL 1000GRW | | None | | | Buy | 02/17/11 | J | | |
| 163. ISHARES TR RUSL 2000 VALU | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 164. ISHARES TR RUSL 2000 VALU | | None | | | Buy | 02/17/11 | J | | |
| 165. ISHARES TR RUSL 2000 GROW | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 166. ISHARES TR RUSL 2000 GROW | | None | | | Buy | 02/17/11 | J | | |
| 167. ISHARES TR S&P MIDCP VALU | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 168. ISHARES TR S&P MIDCP VALU | | None | | | Buy | 02/17/11 | J | | |
| 169. ISHARES TR S&P SMLCP GROW | A | Dividend | | | Sold | 09/22/11 | J | A | |
| 170. ISHARES TR S&P SMLCP GROW | | None | | | Buy | 02/17/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. FIRST TRUST HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 10/03/11 | L | A | |
| 172. FIRST TRUST HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 09/22/11 | L | | |
| 173. FIRST TRUST HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 174. FIRST TRUST HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 09/22/11 | J | | |
| 175. FIRST TRUST ETF II UTILITIES ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 176. FIRST TRUST ETF II UTILITIES ALPHADEX FUND ANNUAL | | None | | | Buy | 09/22/11 | J | | |
| 177. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 178. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 179. ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 180. ISHARES TR IBOXX INV CPBD | | None | | | Buy | 09/22/11 | J | | |
| 181. ISHARES TR BARCLYS 7-10 YR | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 182. ISHARES TR BARCLYS 7-10 YR | | None | | | Buy | 09/22/11 | J | | |
| 183. ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 10/03/11 | J | A | |
| 184. ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 09/22/11 | J | | |
| 185. FIRST TR ET II CONSUMER STAPLES ALPHADEX | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 186. FIRST TR ET II CONSUMER STAPLES ALPHADEX | | None | | | Buy | 09/22/11 | J | | |
| 187. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 10/11/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | | None | | | Buy | 09/22/11 | J | | |
| 189. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 190. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 191. ISHARES TR DJ US REAL EST | A | Dividend | | | Sold | 10/11/11 | J | A | |
| 192. ISHARES TR DJ US REAL EST | | None | | | Buy | 09/22/11 | J | | |
| 193. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | A | Dividend | | | Sold | 10/11/11 | K | A | |
| 194. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | | None | | | Buy | 09/22/11 | K | | |
| 195. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 196. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | | None | | | Buy | 09/22/11 | J | | |
| 197. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 198. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | | None | | | Buy | 09/22/11 | J | | |
| 199. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 200. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 201. ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 202. ISHARES TR IBOXX INV CPBD | | None | | | Buy | 09/22/11 | J | | |
| 203. ISHARES TR DJ US REAL EST | A | Dividend | | | Sold | 10/25/11 | J | A | |
| 204. ISHARES TR DJ US REAL EST | | None | | | Buy | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. SPDR GOLD TR GOLD SHS | A | Dividend | | | Sold | 10/25/11 | K | A | |
| 206. SPDR GOLD TR GOLD SHS | | None | | | Buy | 10/11/11 | K | | |
| 207. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | A | Dividend | | | Sold | 10/25/11 | K | A | |
| 208. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | | None | | | Buy | 09/22/11 | K | | |
| 209. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 210. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 211. ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 11/01/11 | K | A | |
| 212. ISHARES TR IBOXX INV CPBD | | None | | | Buy | 09/22/11 | K | | |
| 213. ISHARES TR BARCLYS 7-10 YR | A | Dividend | | | Sold | 11/01/11 | K | A | |
| 214. ISHARES TR BARCLYS 7-10 YR | | None | | | Buy | 09/22/11 | K | | |
| 215. ISHARES TR DJ US REAL EST | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 216. ISHARES TR DJ US REAL EST | | None | | | Buy | 09/22/11 | J | | |
| 217. ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 11/01/11 | J | A | |
| 218. ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 09/22/11 | J | | |
| 219. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 220. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | | None | | | Buy | 09/22/11 | J | | |
| 221. FIRST TR HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 11/29/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222.  FIRST TR HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 10/25/11 | J | | |
| 223.  FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 224.  FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | | None | | | Buy | 09/22/11 | J | | |
| 225.  FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 226.  FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 227.  ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 228.  ISHARES TR IBOXX INV CPBD | | None | | | Buy | 09/22/11 | J | | |
| 229.  ISHARES TR BARCLYS 7-10 YR | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 230.  ISHARES TR BARCLYS 7-10 YR | | None | | | Buy | 09/22/11 | J | | |
| 231.  ISHARES TR DJ US REAL EST | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 232.  ISHARES TR DJ US REAL EST | | None | | | Buy | 09/22/11 | J | | |
| 233.  ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 234.  ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 09/22/11 | J | | |
| 235.  ISHARES TR BARCLYS MBS BD | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 236.  ISHARES TR BARCLYS MBS BD | | None | | | Buy | 11/01/11 | J | | |
| 237.  SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | A | Dividend | | | Sold | 11/29/11 | J | A | |
| 238.  SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | | None | | | Buy | 09/22/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 240. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | | None | | | Buy | 09/22/11 | J | | |
| 241. FIRST TR HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 12/13/11 | L | A | |
| 242. FIRST TR HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 10/25/11 | L | | |
| 243. FIRST TR HEALTH CARE ALPHADEX FD ETF | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 244. FIRST TR HEALTH CARE ALPHADEX FD ETF | | None | | | Buy | 09/22/11 | J | | |
| 245. ISHARES TR BARCLYS 7-10 YR | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 246. ISHARES TR BARCLYS 7-10 YR | | None | | | Buy | 09/22/11 | J | | |
| 247. ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 248. ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 09/22/11 | J | | |
| 249. ISHARES TR BARCLYS MBS BD | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 250. ISHARES TR BARCLYS MBS BD | | None | | | Buy | 11/01/11 | J | | |
| 251. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | A | Dividend | | | Sold | 12/13/11 | J | A | |
| 252. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | | None | | | Buy | 09/22/11 | J | | |
| 253. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | A | Dividend | | | Sold | 12/13/11 | M | A | |
| 254. SPDR BARCLAYS CAPITAL 1-3 MONTH T-BILL | | None | | | Buy | 09/22/11 | M | | |
| 255. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | A | Dividend | | | Sold | 12/28/11 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. FIRST TR ETF II CONSUMER STAPLES ALPHADEX | | None | | | Buy | 09/22/11 | J | | |
| 257. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 258. FIRST TR ETF II UTILITIES ALPHADEX FUND ANNUAL | | None | | | Buy | 09/22/11 | J | | |
| 259. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 260. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 261. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 262. FIRST TR EXCHG TRADED ALPHADEX FD II EMERG MKTS | | None | | | Buy | 09/22/11 | J | | |
| 263. ISHARES TR IBOXX INV CPBD | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 264. ISHARES TR IBOXX INV CPBD | | None | | | Buy | 09/22/11 | J | | |
| 265. ISHARES TR DJ US REAL EST | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 266. ISHARES TR DJ US REAL EST | | None | | | Buy | 09/22/11 | J | | |
| 267. ISHARES TR S&P NTL AMTFREE | A | Dividend | | | Sold | 12/28/11 | J | A | |
| 268. ISHARES TR S&P NTL AMTFREE | | None | | | Buy | 09/22/11 | J | | |
| 269. SPDR GOLD TR GOLD SHS | A | Dividend | | | Sold | 12/28/11 | K | A | |
| 270. SPDR GOLD TR GOLD SHS | | None | | | Buy | 09/22/11 | K | | |
| 271. | | | | | | | | | |
| 272. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | | | | | |
| 274. | | | | | | | | | |
| 275. | | | | | | | | | |
| 276. | | | | | | | | | |
| 277. | | | | | | | | | |
| 278. | | | | | | | | | |
| 279. | | | | | | | | | |
| 280. | | | | | | | | | |
| 281. | | | | | | | | | |
| 282. | | | | | | | | | |
| 283. | | | | | | | | | |
| 284. | | | | | | | | | |
| 285. | | | | | | | | | |
| 286. | | | | | | | | | |
| 287. | | | | | | | | | |
| 288. | | | | | | | | | |
| 289. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | | | | | |
| 291. | | | | | | | | | |
| 292. | | | | | | | | | |
| 293. | | | | | | | | | |
| 294. | | | | | | | | | |
| 295. | | | | | | | | | |
| 296. | | | | | | | | | |
| 297. | | | | | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Moody, James M. | 08/02/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

On 2010 Item #'s 149-171 were used to report buy/sell transactions that occurred within the 2010 year.
Carryover items from 2010 may have differnt line # due to assets being added within Header Catagories.

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, James M. | 08/02/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **James M. Moody**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544